Opinion issued October 31, 2023



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00523-CV

———————————

**PAULA GIST, INIVIDUALLY AND AS HEIR TO J. STEVEN GIST,**
**Appellant**

**V.**

**CANGELOSI CO., Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Fort Bend County, Texas**
**Trial Court Case No. 20-CCV-068377**

---

### MEMORANDUM OPINION

Appellant Paula Gist, individually and as heir to J. Steven Gist, has filed a motion for voluntary dismissal of this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal. Accordingly, we reinstate the appeal,

grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris